AFFIRMED; Opinion issued February 27, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00948-CR
No. 05-12-00949-CR
No. 05-12-00950-CR

## RENEISHA ANQUINETTE STEWART, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F12-52677-K, F12-54482-K, F11-54792-K

# MEMORANDUM OPINION

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Murphy

Reneisha Anquinette Stewart waived a jury and pleaded guilty to two state jail felony theft of property offenses and possession of less than one gram of cocaine. *See* TEX. PENAL CODE ANN. § 31.03(a) (West Supp. 2012); TEXAS HEALTH & SAFETY CODE ANN. § 481.115(a), (b) (West 2010). The trial court assessed punishment at two years' confinement in a state jail in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in

effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

We advised appellant of her right to file a pro se response, and subsequently she filed a request for new trial. Our duty in reviewing an *Anders* brief is to determine whether there are any arguable grounds for appeal and, if so, remand the case to the trial court so new counsel may be appointed to address those issues. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005). After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.



MARY MURPHY
JUSTICE


Do Not Publish
TEX. R. APP. P. 47

120948F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RENEISHA ANQUINETTE STEWART,
Appellant

No. 05-12-00948-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 4 of Dallas County, Texas (Tr.Ct.No.
F12-52677-K).
Opinion delivered by Justice Murphy,
Justices Lang-Miers and Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2013.

_____
MARY MURPHY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RENEISHA ANQUINETTE STEWART,
Appellant

No. 05-12-00949-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 4 of Dallas County, Texas (Tr.Ct.No.
F12-54482-K).
Opinion delivered by Justice Murphy,
Justices Lang-Miers and Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2013.

_____
MARY MURPHY
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RENEISHA ANQUINETTE STEWART, Appellant

No. 05-12-00950-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 4 of Dallas County, Texas (Tr.Ct.No. F11-54792-K).

Opinion delivered by Justice Murphy, Justices Lang-Miers and Fillmore participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2013.

_____

MARY MURPHY
JUSTICE